**Fill in this information to identify the case:**

Debtor 1  John Albers

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern   District of Ohio
                                                              (State)

Case number  18-13896

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings fund society, FSB, D/B/A

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 3086 ___ ___ ___

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 11/29/2018 | (5) $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify: 410A Prep | 11/29/2018 | (11) $ 250.00 |
| 12. Other. Specify: plan review | 11/29/2018 | (12) $ 350.00 |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

| Debtor 1 | John Albers | | | Case number (*if known*) 18-13896 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Kristin A. Zilberstein
Signature

Date 12/24/2018

Print: Kristin A. Zilberstein
       First Name   Middle Name   Last Name

Title: Authorized Agent

Company: The Law offices of Michelle Ghidotti

Address: 1920 Old Tustin Ave
Number   Street
Santa Ana, CA 92705
City              State    ZIP Code

Contact phone (949) 427 – 2010

Email Kzilberstein@ghidottilaw.com

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
| | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
| 4 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 5 | Ph: (949) 427-2010 |
| | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Attorney for Creditor |
| 8 | Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (CLEVELAND)

| | |
|---|---|
| In Re: ) | CASE NO.: 18-13896 |
| ) | |
| John G. Albers, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On December 24, 2018 I served the following documents described as:

- **POST PETITION FEE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** <br> **John G. Albers** <br> 6478 Manila Road <br> Goshen, OH 45122 <br><br> **Debtor's Counsel** <br> **Brian D Flick** <br> The Dann Law Firm <br> PO Box 6031040 <br> Cleveland, OH 44103 | **Chapter 13 Trustee** <br> **Margaret A Burks** <br> 600 Vine Street <br> Suite 2200 <br> Cincinnati, OH 45202 <br><br> **U.S. Trustee** <br> **Asst US Trustee (Cin)** <br> Office of the US Trustee <br> 36 East Seventh Street <br> Suite 2030 <br> Cincinnati, OH 45202 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on December 24, 2018 at Santa Ana, California

/*s / Maben May*/
Maben May