Michelle R. Ghidotti-Gonsalves, Esq. (SBN: 232837)
LAW OFFICES OF GHIDOTTI/BERGER
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA  92807
Tel: (949) 354-2601
Fax:  (949) 200-4381
Email: mghidotti@ghidottiberger.com

Attorneys for Secured Creditor,
Wilmington Savings Fund Society, FSB, D/B/A, Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – CINCINNATI DIVISION

| | |
|---|---|
| In Re:<br><br>John G. Albers,<br><br>Debtor. | Chapter 13<br><br>BK Case No.: 18-13896<br><br>WITHDRAWAL OF POST PETITION FEE NOTICE (DOCKET NO. 23) |

Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V, its Successors and Assigns, hereby withdraws its Post Petition Fee Notice -Docket No. 23, filed on December 24, 2018.

Dated: January 23, 2019            /s/Michelle Ghidotti-Gonsalves
                                   Attorney for Wilmington Savings Fund Society, FSB, DBA

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF GHIDOTTI/BERGER
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph:  (949) 427-2010
5  Fax: (949) 427-2732
6  mghidotti@ghidottiberger.com

7  Attorney for Creditor
8  Wilmington Savings Fund Society, FSB, D/B/A, Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V

9                     UNITED STATES BANKRUPTCY COURT
10                   SOUTHERN DISTRICT OF OHIO (CINCINNATI)
11

12 | In Re: | ) | CASE NO.:  18-13896 |
13 | John G. Albers, | ) | CHAPTER 13 |
14 | Debtors. | ) | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 23, 2019 I served the following documents described as:

- **WITHDRAWAL OF POST PETITION FEE NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>**John G. Albers**<br>6478 Manila Road<br>Goshen, OH 45122<br><br>**Debtor's Counsel**<br>**Edrie A. Pfeiffer**<br>Hampton Roads Legal Services<br>372 S. Independence Boulevard<br>Suite 109<br>Virginia Beach, VA 23452 | **Chapter 13 Trustee**<br>**Brian D Flick**<br>The Dann Law Firm<br>PO Box 6031040<br>Cleveland, OH 44103<br><br>**U.S. Trustee**<br>**U. S. Trustee**<br>**Asst US Trustee (Cin)**<br>Office of the US Trustee<br>36 East Seventh Street<br>Suite 2030<br>Cincinnati, OH 45202 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 23, 2019 at Santa Ana, California

/s / *Maben May*
Maben May

2
CERTIFICATE OF SERVICE