**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 8, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| IN RE: | CASE NO. 18-13896 |
| | CHAPTER 13 |
| John Albers | |
| | JUDGE Beth A. Buchanan |
| DEBTOR | |
| | ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM 9-1 FILED BY WILMINGTON SAVINGS BANK, F.S.B. D/B/A/ CHRISTIANA TRUST AS TRUSTEE FOR RESIDENTIAL CREDIT OPPORTUNITIES TRUST V |

This matter is before the Court on Debtor's Objection to Proof of Claim. (Doc. 25). For the reasons stated in the objection, the objection is hereby granted as to the relief sought in the Objection and Creditor's Claim is reduced by $13,037.63.

Information regarding the objection is as follows:

1. NAME AND ADDRESS OF CLAIMANT: Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, ℅ AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740

2. ATTORNEY OF RECORD AND ADDRESS: None at this time.  Claim was filed by Kristin A. Zilbertstein, The Law Offices of Michelle Ghidotti, 1920 Old Tustin Ave. Santa Ana, CA 92705

3. Date Claim filed: December 24, 2018

4. Clerk Claim No. 9-1

5. GROUNDS FOR OBJECTION:

Debtor objects to the pre-petition fees due of $13,037.63 as Creditor and Identified Counsel for Creditor who purportedly prepared this Proof of Claim fail to provide a specific transaction history or detailed explanation of the fees being sought.  As the Creditor has failed to provided a specific breakdown, Debtor and Debtor's Counsel reasonably believe Creditor may be seeking to recoup attorney fees related to the representation of the Creditor in the foreclosure proceedings which is not allowed in this District.

Debtor requests the Creditor provide the Trustee, the Court, and Debtor's Counsel an itemization of the specific categories of charges contained in the $13,037.63.

SO ORDERED

Copies to: Default List and the following parties via ordinary US Mail:

Kristin A. Zilbersten
The Law Offices of Michell Ghidotti
1920 Old Tustin Avenue
Santa Ana, CA 93705

Wilmington Savings Fund Society, F.S.B. as Trustee for Residential Credit Opportunities Trust V
℅ CORPORATION SERVICE COMPANY, Registered Agent
50 WEST BROAD STREET
SUITE 1330
COLUMBUS OH 43215

Wilmington Savings Fund Society, F.S.B. as Trustee for Residential Credit Opportunities Trust V
Attn: Rodger Levinson, President
500 Delaware Avenue
Wilmington, Delaware 19801

FCI Lender Services, Inc.
℅ COGENCY GLOBAL INC., Registered Agent
3958-D BROWN PARK DRIVE
HILLIARD OH 43026

AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

Wilmington Savings Bank, F.S.B. D/B/A/
Christiana Trust as Trustee for Residential Credit Opportunities Trust V
8180 East Kaise Road
Anaheim, CA 92808